IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS ROBERT FLINT, JR., #45465, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:13cv222-TMH |
| ) | |
| DOTHAN CITY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER AND OPINION**

On May 22, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 5). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that plaintiff's motion to dismiss (Doc. # 3) is GRANTED and that this case is DISMISSED without prejudice.

Done this the 7th day of August, 2013.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE